IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LEROY BEAUCHAMP,<br><br>Defendant. | CR-17-78-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 5, 2022. (Doc. 168.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on August 4, 2022. (Doc. 163.) The United States accused Leroy Beauchamp (Beauchamp) of violating his conditions of supervised release by failing to report to his probation officer within 72 hours of his release from prison. (Doc. 146.)

At the revocation hearing, Beauchamp admitted that he had violated the conditions of his supervised release by failing to report to his probation officer within 72 hours of his release from prison. (Doc. 163.) Judge Johnston found that the violation Beauchamp admitted proved to be serious and warranted revocation, and recommended that Beauchamp receive a custodial sentence of 6 months, with 24 months supervised release to follow. (Doc. 168.) Beauchamp was advised of his right to appeal and his right to allocute before the undersigned. (Doc.163.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 168) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Leroy Beauchamp be sentenced to the Bureau of Prisons for 6 months, 24 months of supervised release to follow.

DATED this 23rd day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court