# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEROY BEAUCHAMP, <br><br> Defendant. | CR-17-78-GF-BMM <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 5, 2025. (Doc. 180.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 4, 2025. (Docs. 175.) The United States accused Leroy Beauchamp (Beauchamp) of violating the

conditions of his supervised release by failing to report to the United States Probation Office within 72 hours from his January 20, 2023 release from the Bureau of Prisons. (Doc. 172.)

At the revocation hearing, Beaucham admitted he had violated the conditions of his supervised release by failing to report to the United States Probation Office within 72 hours from his January 20, 2023 release from the Bureau of Prisons. (Doc. 175.)

Judge Johnston found that the violations Beauchamp admitted prove serious and warrants revocation of Beauchamp's supervised release and recommends a term of custody of 9 months with no term of supervised release to follow. (Doc.180.)

The violation proves serious and warrants revocation of Beauchamp's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 180) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Leroy Beauchamp be sentenced to a term of 9 months with no term of supervised release to follow.

DATED this 10th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Court